UNITED STATES of America,
Plaintiff–Appellee,

v.

Sherman NICHOLS, Defendant–
Appellant.

No. 01–1223.

United States Court of Appeals,
Seventh Circuit.

Submitted: April 25, 2001.

Decided: May 4, 2001.

Before Hon. BAUER, Hon. COFFEY,
Hon. RIPPLE, Circuit Judges.

ORDER

After careful consideration, the court
has concluded that oral argument is unnec-
essary in this case, and the opinion of the
District Court is summarily affirmed.